# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | August 14, 2013 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Joan M. Azrack, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Robert Hugee et al. v. G & G Duct Cleaning, Inc., Joseph Gandolfo, and John Gandolfo**
              *Docket No. 10-CV-2830 (JMA)*

Dear Magistrate Judge Azrack:

      We represent plaintiffs in the above-referenced case and write, pursuant to Your Honor's June 18, 2013, Order, to request a two-week adjournment of the August 19, 2013, date by which to file settlement papers. As the Court might recall, this case was resolved at a June 18, 2013, settlement conference. Since that time, the parties have finalized a written settlement agreement, and to date, defendants and 16 out of 17 plaintiffs have signed the same, the sole exception being plaintiff Ritchard Cruz who presently is incarcerated at Queensboro Correctional Facility. We sent the settlement agreement to Mr. Cruz on August 6, 2013, but we have not yet received his executed papers; we hope to receive the same soon. Defendants' counsel, Daniel W. Morris, Esq., graciously consents to our request for an adjournment.

      We thank the Court for its attention to this matter and are available at Your Honor's convenience if there are any questions.

                                                                                  Very truly yours,

                                                                                  David Stein

cc: Daniel W. Morris, Esq., (via ECF)