EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Hugee, Eric Akers, and Darron Milhouse, on behalf of themselves and all other persons similarly situated,<br><br>           Plaintiffs,<br><br>      - vs. -<br><br>G & G Duct Cleaning, Inc., Joseph Gandolfo, and John Gandolfo,<br><br>           Defendants. | DOCKET NO. 10-CV-2830 (JMA) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Robert Hugee, Erik Akers, Darron Milhouse, and all opt-in and other plaintiffs ("Plaintiffs"), and Defendants G & G Duct Cleaning, Inc., Joseph Gandolfo, and John Gandolfo ("Defendants"), that all of each Plaintiffs' claims in the Complaint in the above-captioned action, and all of Defendants' counterclaims, are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his or its own costs and attorneys' fees.

Dated: August 15, 2013

SAMUEL & STEIN

By: _____
    David Stein (DS-2419)

38 West 32nd Street, Suite 1110
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiffs

CLIFTON BUDD & DEMARIA, LLP

By: _____
    Daniel W. Morris (DM-5934)

350 5th Avenue, Suite 6110
New York, NY 10118
(212) 687-7410
Attorneys for Defendants

SO ORDERED:

_____
Hon. Joan M. Azrack, U.S.M.J.